UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL MALEDE AMBAW,<br><br>        Defendant. | CASE NO.   CR05-260 RSL<br><br>DETENTION ORDER |

Offenses charged:

  Count 1:  Conspiracy to Distribute Cocaine Base, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(A), and 846;

  Count 2:  Conspiracy to Commit Kidnaping and Other Offenses, in violation of Title 18, U.S.C., Section 371;

  Count 3:  Kidnaping, in violation of Title 18, U.S.C., Sections 1201(a)(1) and 2;

  Count 4:  Interstate Transportation in Furtherance of Prostitution, in violation of Title 18, U.S.C., Sections 2422(a) and 2:

  Count 5:  Interstate Travel in Aid of Racketeering, in violation of Title 18, U.S.C., Sections 1952(a)(2) and 2;

DETENTION ORDER
PAGE -1-

Count 6: Interstate Transportation of a Stolen Vehicle, in violation of Title 18, U.S.C., Sections 2312 and 2:

Count 7: Distribution of Cocaine Base, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(B), and Title 18, U.S.C., Section 2; and

Count 9: Possession of Cocaine Base with Intent to Distribute, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(B), and Title 18, U.S.C., Section 2.

Date of Detention Hearing: August 26, 2005.

The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Todd Greenberg. The defendant was represented by Alison Holcomb.

The Government filed a Motion for Detention, to which the defendant stipulated.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the conspiracy drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Nothing in this record satisfactorily rebuts the presumption against release for several reasons:

(a) The defendant poses a risk of nonappearance as his background and ties to the Western District of Washington are unknown; his

     citizenship is unknown; and he was released from state custody and is *currently* on Department of Corrections supervision for a Robbery 2 conviction.

  (b) Due to the nature and seriousness of the instant offense, combined with the defendant's criminal history and supervision status, release of the defendant would pose a danger to the community.

  (c) The defendant stipulated to detention.

(3) Based upon the foregoing information which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//

//

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of September, 2005.

*M. J. Benton*

Monica J. Benton
United States Magistrate Judge

DETENTION ORDER
PAGE -4-