UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR05-260L |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | PROTECTIVE ORDER |
| DANIEL MALEDE AMBAW, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

THIS MATTER comes before the Court on the Government's Motion for Protective Order.  Having reviewed the submissions of the parties, the Court hereby enters the following ORDER:

1. Possession of all discovery materials provided to the defense by the government shall be limited to the defendants, the defendants' attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively, "members of the defense team").  Prior to disseminating discovery materials to members of the defense team, defendants' attorneys of record shall provide each recipient, including the defendant, with a copy of this Protective Order and obtain the recipient's written agreement to be bound by the terms and conditions of this Protective Order.  The written agreement need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by this Court. Defendants, attorneys of record, and members of the defense team may not disseminate the discovery materials, or copies thereof, to persons other than members of the defense

PROTECTIVE ORDER
United States v. Ambaw, et al., CR05-260L – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

team.

2. The provisions of this Order shall not terminate at the conclusion of this prosecution.

3. Any violation of any term or condition of this Order by the defendants, attorneys of record, any member of the defense team, the United States, or its attorneys of record, may result in a finding of contempt of court and/or may subject the violator to monetary or other sanctions as deemed appropriate by the Court.

DATED this 21st day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

  s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Floor 5
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov

PROTECTIVE ORDER
United States v. Ambaw, et al., CR05-260L – 2