THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL MALEDE AMBAW, et al.,<br><br>　　　　　　Defendants. | NO. CR05-260L<br><br>ORDER TO CONTINUE<br>TRIAL DATE |

The parties have filed a Stipulated Motion for Continuance of Trial and Pretrial Motion dates. For the reasons set forth in the parties' stipulation, and considering the defendants' previously filed Speedy Trial Act waivers through March 24, 2006,

IT IS HEREBY ORDERED that the trial date in this matter is continued from March 6, 2006, to March 13, 2006; and that the pre-trial motions deadline is continued to February 8, 2006.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B), the period of time from March 6, 2006, to the new trial date is excluded in the computation of time under the Speedy Trial Act.

Dated this 1st day of February, 2006.

　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

1  Presented by:

2    s/ Todd Greenberg
3  TODD GREENBERG
   Assistant United States Attorney
4  United States Attorney's Office
   700 Stewart Street, Suite 5220
5  Seattle, Washington 98101
6  Facsimile: 206-553-4440
   Phone: 206-553-2636
7  E-mail: Todd.Greenberg4@usdoj.gov

8

9

10   /s (per telephonic approval)
   ALISON C. HOLCOMB
11 Attorney for defendant Daniel Ambaw

12

13   /s (per telephonic approval)
14 STEPHAN R. ILLA
   Attorney for defendant Kahsay Abraha

15

16

17

18

19

20

21

22

23

24

25

26

27

28