THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-260L |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE |
| DANIEL MALEDE AMBAW, et al., | ) | TRIAL DATE |
| Defendants. | ) | |

The parties have filed a Stipulated Motion for Continuance of Trial and Pretrial Motion dates. Based on the parties' stipulation, and for the reasons set forth therein, the Court finds that the ends of justice served by a continuance of the trial date outweigh the best interests of the pubic and the defendant in a speedy trial, and that failure to grant the continuance would likely make the continuation of the proceedings impossible or result in a miscarriage of justice.

For the foregoing reasons, IT IS HEREBY ORDERED that the trial date is continued from March 17, 2006, to May 1, 2006; and that the pre-trial motions deadline is continued to March 16, 2006.

//
//
//
//
//

1   IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Sections
2   3161(h)(8)(A) and 3161(h)(8)(B), the period of time from March 17, 2006 to the new trial date
3   is excluded in the computation of time under the Speedy Trial Act.
4   Dated this 8th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

  s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov


  /s (per telephonic approval)
ALISON C. HOLCOMB
Attorney for defendant Daniel Ambaw


  /s (per telephonic approval)
RALPH HURVITZ
Attorney for defendant Kahsay Abraha